UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHELLY L. BRYANT,

          Plaintiff,

-vs-                                    Case No. 6:12-cv-1925-Orl-28KRS

FLORIDA DEPARTMENT OF REVENUE
and ORANGE COUNTY CLERK,

          Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed December 28, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be denied and the case dismissed.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's Objection to the Report and Recommendation (Doc. No. 8), the Objection is **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 30, 2013 (Doc. No. 7) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED**.

3. This case is dismissed and the Clerk of the Court is directed to close the file.

DONE and ORDERED in Chambers, Orlando, Florida this __22__ day of February, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party